UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:07-cr-00103 |
| v. | ) | Judge Aleta A. Trauger |
| | ) | |
| WILLIE B. ANTHONY, JR. | ) | |

## MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through the undersigned attorney, and moves the Court to substitute Assistant United States Attorney William F. Abely II for Acting United States Attorney David Rivera. In support of this motion, the undersigned submits that the above-captioned case has been re-assigned to Assistant United States Attorney William F. Abely II.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

BY: s/ William F. Abely
William F. Abely II
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615-736-5151