UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:07-00103 |
| | ) Judge Aleta A. Trauger |
| WILLIE B. ANTHONY | ) |

==Motion GRANTED. Hearing reset for 2/20/14 at 1:30 p.m.==

*[signature]*

## JOINT MOTION TO CONTINUE

Come the parties, William Francis Abely, II, Assistant United States Attorney, and Mariah A. Wooten, First Assistant Federal Public Defender, and hereby jointly move this Honorable Court to continue the revocation hearing presently scheduled for August 23, 2013. The parties request a continuance to allow the defendant, Willie B. Anthony, the opportunity to continue substance abuse treatment as recommended by the United States Probation Officer. The parties respectfully request that this case be continued to February 20, February 21, or February 24, 2014, at a time convenient to the Court's calendar.

Respectfully submitted,

s/*Mariah A. Wooten*
MARIAH A. WOOTEN
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
Attorney for Willie B. Anthony

s/ *William Francis Abely, II with permission*
WILLIAM FRANCIS ABELY, II
Assistant United States Attorney
110 9th Avenue, South, Suite A961
Nashville, TN 37203
(615) 736-5151
Attorney for the Government