PROB 12C
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Superseding Petition for Summons for Offender Under Supervision
[Supersedes Petition Filed as Docket Entry No. 55]

Name of Offender: Willie B. Anthony, Jr.    Case Number: 3:07-00103

Name of Judicial Officer: The Honorable Aleta A. Trauger, U.S. District Judge

Date of Original Sentence: February 25, 2008

Original Offense: 18 U.S.C. § 922 (g)(1) and 18 U.S.C. 924 (a)(2), Felon in Possession of a Firearm

Original Sentence: 80 months' custody; 3 years' supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: December 21, 2012

Assistant U.S. Attorney: Bill Abely    Defense Attorney: Mariah Wooten

## PETITIONING THE COURT

____ To Issue a Summons.
____ To Issue a Warrant.
__X__ To Consider Additional Violations/Information

## THE COURT ORDERS:
☐ No Action
☐ The Issuance of a Warrant:
    ☐ Sealed Pending Warrant Execution
    (cc: U.S. Probation and U.S. Marshal only)
☐ The Issuance of a Summons.
☒ The Consideration of Additional Alleged Violations/Information *at hearing to*
☐ Other *be held 2/20/14.*

Considered this 19th day of Feb, 2014,
and made a part of the records in the above case.

_____
Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U. S. Probation Officer

Place    Nashville, Tennessee

Date    February 18, 2014

## ALLEGED VIOLATIONS

The information provided in the previous petition, filed as docket entry No. 55, has been amended as follows:

**Violation No. 1 - has been amended to include an additional positive drug test.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall refrain from any unlawful use of a controlled substance.**

   Mr. Anthony has tested positive for cocaine on six occasions.

   | | | |
   |---|---|---|
   | May 3, 2013 | May 30, 2013 | June 20, 2013 |
   | June 26, 2013 | August 20, 2013 | November 18, 2013 |

   Following the drug test on November 18, 2013, Mr. Anthony admitted to recently using cocaine. He cited family stress as the reason for his drug use. He admitted to drug use prior to testing positive on the previous occasions. He refused an increase in substance abuse treatment, stating that he was not an "addict", he just made poor decisions at times.

   Mr. Anthony has tested negative on five occasions since November 18, 2013.

   **Mr. Anthony tested positive for cocaine on February 12, 2014.**

2.   **The defendant shall participate in a program of drug testing and substance abuse treatment.**

   Mr. Anthony has failed to report for random drug testing on four occasions.

   | | | | |
   |---|---|---|---|
   | February 8, 2013 | April 2, 2013 | May 2, 2013 | May 29, 2013 |

   Following the missed drug test on April 2, 2013, Mr. Anthony submitted a diluted urine sample that was invalid for testing on April 3, 2013. Following a missed drug test on May 2, 2013, he submitted a positive drug test on May 3, 2013, as noted in violation #1. Following a missed drug test on May 29, 2013, he submitted a positive drug test on May 30, 2013.

   Mr. Anthony failed to report for substance abuse treatment on July 17, 2013.

3.   **The defendant shall not commit another federal, state, or local crime.**

   On November 3, 2013, Mr. Anthony was issued a citation by the Metropolitan Police Department for Driving on a Revoked License. His next court hearing is scheduled for January 23, 2014, in Davidson County General Sessions Court.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Anthony began supervised release on December 21, 2012. He is scheduled to terminate supervision on December 20, 2015.

Mr. Anthony was referred for a substance abuse assessment during January 2013. His assessment was completed on March 5, 2013, and no treatment was recommended at that time.

A report was submitted to the Court on May 15, 2013, informing that Mr. Anthony tested positive for cocaine on one occasion and failed to report for drug testing on three occasions. As a result of the positive drug test, he was referred back to substance abuse treatment on May 3, 2013. He began substance abuse treatment on May 22, 2013. He has participated in substance abuse treatment since that time.

A report was submitted to the Court on June 26, 2013, informing that Mr. Anthony tested positive for cocaine on two additional occasions and failed to report for drug testing on one additional occasion. He has continued to test positive for cocaine since beginning substance abuse treatment.

A petition requesting a summons was submitted to the Court on July 29, 2013, reporting that Mr. Anthony tested positive for cocaine on four occasions, failed to report for drug testing on four occasions and failed to report for substance abuse treatment on one occasion. The revocation hearing was continued for six months in order to give Mr. Anthony an opportunity to establish compliance with supervised release conditions.

**Update of Offender Characteristics:**

Mr. Anthony has been employed at Southern Steak and Oyster since his start on supervised release.

**U.S. Probation Officer Recommendation:**

It is respectfully requested that the additional information be considered at the revocation hearing scheduled before Your Honor on February 20, 2014.

This matter has been reported to the U.S. Attorney's Office.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer

## SENTENCING RECOMMENDATION
### UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
### UNITED STATES V. WILLIE B. ANTHONY, JR., CASE NO. 3:07-00103

**GRADE OF VIOLATION:** C
**CRIMINAL HISTORY:** IV

**ORIGINAL OFFENSE DATE:** POST APRIL 3, 2003    VCCA PROVISIONS

|  | Statutory Provisions | Guideline Provisions | Recommended Sentence |
|---|---|---|---|
| CUSTODY: | 2 years (Class C Felony) *18 U.S.C. § 3583(e)(3)* | 6-12 months *U.S.S.G. § 7B1.4(a)* | No recommendation |
| SUPERVISED RELEASE: | 3 years less any term of imprisonment *18 U.S.C. § 3583(h)* | 1-3 years less any of imprisonment *U.S.S.G. § 5D1.2(a)(2)* | No recommendation |

**Statutory Provisions:** Revocation is mandatory if the court finds the defendant possessed a controlled substance in violation of the condition set forth in subsection (d). 18 U.S.C. § 3583(g)(1). Revocation is also mandatory if the defendant tests positive for illegal controlled substances more than 3 times over the course of 1 year. The court shall consider whether the availability of appropriate substance abuse treatment programs, or an individual's current or past participation in such programs, warrants an exception in accordance with United States Sentencing Commission guidelines from the rule section 3583 (g) when considering any action against a defendant who fails a drug test. 18 U.S.C. § 3583 (d).

**Guideline Policy Statements:** Upon finding of a Grade C violation, the Court may (A) revoke probation or supervised release; or (B) extend the term of probation or supervised release and/or modify the conditions of supervision.

Respectfully Submitted

Joshua Smith
U. S. Probation Officer

Approved: _____
Vidette Putman
Supervisory U. S. Probation Officer

**Offender's Address:**

2010 Sunset Circle
Nashville, TN 37207