**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:07-00103 |
| | ) | Judge Trauger |
| | ) | |
| [1] WILLIE B. ANTHONY, JR., a/k/a | ) | |
| Kendal Lamont Anthony | ) | |

## **O R D E R**

A revocation hearing was held on February 20, 2014, at which the parties announced an agreed disposition that the court did not accept. The defendant shall continue on his present conditions of supervised release, and this case is set for a continued revocation hearing on June 13, 2014 at 11:00 a.m.

It is so **ORDERED**.

ENTER this 21st day of February 2014.

_____
ALETA A. TRAUGER
U.S. District Judge