IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:07-00103 |
| | ) | Judge Trauger |
| | ) | |
| [1] WILLIE B. ANTHONY, JR., a/k/a | ) | |
| Kendal Lamont Anthony | ) | |

**O R D E R**

It is hereby **ORDERED** that the revocation proceeding scheduled for Friday, June 13, 2014, at 11:00 a.m. is **RESET** for the same day at 2:30 p.m.

It is so **ORDERED**.

ENTER this 6th day of June 2014.

_____
ALETA A. TRAUGER
U.S. District Judge