IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:07-00103 |
| | ) | Judge Trauger |
| [1] WILLIE B. ANTHONY, JR., a/k/a | ) | |
| Kendal Lamont Anthony | ) | |

**O R D E R**

A hearing was held on June 13, 2014 on the Superseding Petition to Revoke Supervision (Docket No. 61). The defendant pled guilty to all three violations set out in the Petition, and the court finds those violations **ESTABLISHED**.

It is hereby **ORDERED** that the defendant's supervised release is **REVOKED**, and he is sentenced to serve eight (8) months in the custody of the Bureau of Prisons, with no supervision to follow.

In order that he may make a state court appearance on June 16, 2014, it is hereby **ORDERED** that the defendant shall report to the United States Marshal's Office in Room A-750 of the Federal Court Annex to serve this sentence between 8:00 and 11:00 a.m. on Tuesday, June 17, 2014.

It is so **ORDERED**.

ENTER this 13th day of June 2014.

ALETA A. TRAUGER
U.S. District Judge